SHULMAN & HILL
Attorneys at Law

**One State Street**
15th Floor
New York, NY 10004
(212) 221-1000
www.shulman-hill.com

October 8, 2024

***Via ECF***

**Paul A. Engelmayer**
**United States District Judge**
United States District Court
Southern District of New York
40 Foley Square
Chambers - Room 2201
New York, NY 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

**Re:** ***Tristan D. McCall v. Sysco Leasing, LLC & Walter Velez Ballestros***
**24 Civ. 6778 (PAE); S.D.N.Y.**

Dear Honorable Paul A. Engelmayer:

The parties respectfully submit this joint letter upon discussion and mutual consent to the Court.

This matter stems from a motor vehicle accident which occurred on Saturday, May 7, 2022 at approximately 10:54 a.m. at the intersection of Castle Hill Avenue and Cross Bronx Expressway, Bronx, New York. The Plaintiff, Tristan D. McCall, a 34-year-old delivery worker, alleges that the vehicle he was operating was struck by the vehicle owned and operated, respectively, by the Defendants, Sysco Leasing LLC and Walter Velez Ballestros. Plaintiff alleges that the Defendants were negligent in their ownership, management and operation of their vehicle. As a result of the accident, Plaintiff alleges injuries sustained to his lower back and neck areas which has required multiple injections to the cervical and lumbar spine and a surgery performed on July 20, 2023 entailing a discectomy at L4-L5; multiplanar fluoroscopy; thermal ablation of nucleous pulposis at L4-L5; and thermal annular modulation at L4-L5 level. Defendants challenge both the accident circumstances and liability claims as well as the causation and extent of the injuries alleged.

Regarding potential motion practice, subject to continuing depositions, medical examinations and discovery, Plaintiff contemplates a potential motion for summary judgment on liability and Defendants contemplate potential motions for summary judgment on liability and on damages pursuant to claims advanced under Article 51 of the New York State Insurance Law pertaining to the serious injury threshold.

The parties have held preliminary settlement discussions and are hopeful that a settlement resolution can be achieved in this matter.

Thank you very much for the Court's consideration in this matter.

Respectfully submitted,

*Michael Edelman, Esq.*

Michael Edelman, Esq. (ME-0071)
**SHULMAN & HILL, PLLC**
1 State Street Plaza, 15th Floor
New York, NY 10004
Tel.: (212) 221-1000
medelman@shulman-hill.com

*Joseph D. Fanning*

Joseph D. Fanning, Esq. (JF-3480)
**HAWORTH BARBER & GERSTMAN, LLC**
505 Main St, Suite 212
Hackensack, New Jersey 07601
Tel.: (201) 831-1409
joseph.fanning@hbandglaw.com