UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRISTAN D. MCCALL,

                                   Plaintiff,

                  -v-

SYSCO LEASING, LLC *et al.*,

                                   Defendants.

24 Civ. 6778 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's case management conference, the Court

hereby sets the following schedule and deadlines:

- The parties' joint letter as to whether the May 29, 2025 mediation resulted in a
  settlement is due May 30, 2025.
- The parties' joint pretrial order, consistent with the Court's Individual Rules, is
  due June 12, 2025.  *See* https://nysd.uscourts.gov/hon-paul-engelmayer.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 9, 2025
       New York, New York